Fill in this information to identify your case:

Debtor 1: **Lilly Hue Vu**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**County Federal Credit Union**
**Attn: Bankruptcy Dept.**
**1641 N 1st St, Ste 170**
**San Jose, CA 95112**

Contact
Contact phone

What is the nature of the claim?  **Credit Card**   $15,940.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

**2**

**Discover Financial**
**Attn: Bankruptcy**
**P.O. Box 3025**
**New Albany, OH 43054**

Contact

What is the nature of the claim?  **Credit Card**   $33,863.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Case: 23-50629   Doc# 2   Filed: 06/14/23   Entered: 06/14/23 11:24:22   Page 1 of 4

| 3 | **El Camino Health**<br>P.O. Box 398534<br>San Francisco, CA 94139-8534 | **What is the nature of the claim?** | **Medical expenses** | **$96.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

| 4 | **El Camino Pathology Med Group**<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 | **What is the nature of the claim?** | **Medical expenses** | **$814.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

| 5 | **Goldman Sachs Bank USA**<br>Attn: Bankruptcy<br>P.O. Box 70379<br>Philadelphia, PA 19176 | **What is the nature of the claim?** | **Credit Card** | **$12,341.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

| 6 | **Macys/fdsb**<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | **What is the nature of the claim?** | **Charge Account** | **$2,541.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 2

Case: 23-50629    Doc# 2    Filed: 06/14/23    Entered: 06/14/23 11:24:22    Page 2 of 4

Debtor 1  **Lilly Hue Vu**                                    Case number *(if known)* _____

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
       Value of security:                          - _____
       Unsecured claim                               _____

---

**7**

**Nordstrom Signature Visa**
**Attn: Bankruptcy**
**P.O. Box 6555**
**Englewood, CO 80155**

**What is the nature of the claim?**   **Credit Card**   **$4,801.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
       Value of security:                          - _____
       Unsecured claim                               _____

---

**8**

**Steven Bernaz and Christine Lee**
**c/o David Hamerslough, Esq.**
**Rossi, Hamerslough, Reischl & Chuck**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126-1493**

**What is the nature of the claim?**   **Artibration award Case No. 1110025733**   **$1,393,677.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
       Value of security:                          - _____
       Unsecured claim                               _____

---

**9**

**U.S. Bankcorp**
**Attn: Bankruptcy**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

**What is the nature of the claim?**   **Credit Card**   **$12,180.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
       Value of security:                          - _____
       Unsecured claim                               _____

---

**Part 2:   Sign Below**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Case: 23-50629    Doc# 2    Filed: 06/14/23    Entered: 06/14/23 11:24:22    Page 3 of 4

| Debtor 1 | Lilly Hue Vu | Case number *(if known)* | |
|---|---|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Lilly Hue Vu**
**Lilly Hue Vu**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **June 13, 2023**

Date _____

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 4

Case: 23-50629    Doc# 2    Filed: 06/14/23    Entered: 06/14/23 11:24:22    Page 4 of 4