GREGORY S. POWELL (SBN 182199)
Assistant United States Trustee
PHILLIP J. SHINE (SBN 318840)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First Street, Rm. 268
San Jose, CA 95113
Telephone: (408) 535-5526
Telecopier: (408) 535-5532
Email: phillip.shine@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 23-50629 SLJ |
| LILLY HUE VU, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Phillip J. Shine
> 280 South First Street, Rm. 268
> San Jose, CA 95113
> Email: phillip.shine@usdoj.gov

Dated: June 14, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Phillip J. Shine*
Phillip J. Shine
Trial Attorney for United States Trustee

Notice of Appearance and Request for Notice