ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession (proposed)

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>LILLY HUE VU,<br><br>          Debtor / debtor-in-possession. | Case No.: 23-50629 SLJ<br>Chapter 11<br><br>**DECLARATION OF NANCY WENG IN SUPPORT OF EX-PARTE APPLICATION TO EMPLOY GENERAL BANKRUPTCY COUNSEL**<br><br>Chief Judge: Hon. Stephen L. Johnson |

I, Nancy Weng, hereby declare as follows:

1. I am a partner at the law firm of Farsad Law Office, P.C., proposed counsel for LILLY HUE VU, the Debtor in the instant case.

2. I submit this declaration pursuant to 11 U.S.C. §327 and Rule 2014(a) in support of the concurrently filed Application to Employ General Bankruptcy Counsel.

3. I have fifteen years of bankruptcy experience and have confirmed over 60 Chapter 11 cases.

4. The Debtor now wishes to employ the Farsad Law Office, P.C. as his Chapter 11 counsel to the estate in the instant case.

5. There will be no double billing even if both Arasto Farsad and I work simultaneously on the case.

6. The Firm also does not bill for paralegal or secretarial time or for the physical act of scanning or filing documents.

7. I have no previous connections to the Debtor.

8. The Debtor does not currently owe any money to me (of the Firm) for any previous cases or for any other services for that matter.

9. The Debtor's only obligation for prospectively owed fees and costs for the instant Chapter 11 will occur if and when the Court approves employment of the Firm. I intend to apply for fees if, and only if, this Court approves employment in this matter and also after a noticed motion for compensation is heard and granted.

10. It is necessary for the Debtor to employ counsel to provide at least the following services:
   a. Assist the Debtor in performing duties as a Debtor-in-possession;
   b. Negotiate with the Debtor's creditors;
   c. Prepare a Plan and Disclosure Statement and hopefully obtain confirmation of the proposed Chapter 11 Plan;
   d. Solicit ballots in favor of the proposed Chapter 11 Plan of Reorganization; and
   e. Represent the Debtor in any contested matters or adversary proceedings.

11. Attached as **Exhibit A** to the Application is a true and correct copy of the Firm's Engagement Letter.

12. I am a disinterested person within the meaning of 11 U.S.C. §101(14) in that:
   a. I am not a creditor or insider of the Debtor or his estate;
   b. I am not and was not a partner or employee of the Debtor within two years before the date of this Application;
   c. I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity holders, office of the United States Trustee, or any employee thereof;
   d. I do not have any connection with the Debtor, creditors, any other party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtor;
   e. I do not employ any person who is related to a judge of this court or the United States Trustee for this Region; and
   f. I have no connection with the Debtor, any creditor(s) in this matter, or any party-in-interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee.

13. Furthermore, there are no arrangements between the Farsad Law Office, P.C. (and

DECLARATION OF NANCY WENG IN SUPPORT OF EX-PARTE APPLICATION TO EMPLOY GENERAL BANKRUPTCY COUNSEL -2- Case No. 23-50629 SLJ

Case: 23-50629    Doc# 19    Filed: 06/17/23    Entered: 06/17/23 14:47:29    Page 2 of 3

its attorneys) and any other person or persons for the sharing of fees for this case.

14. As the entire Firm will be working on this case together, I believe that the Firm can adequately represent the Debtor in navigating through the instant Chapter 11 case to obtain Chapter 11 Plan confirmation.

15. I will ensure that the Debtor is aware of all of the requirements of being Debtor-in-possession. The Debtor is aware of the fact that our office is being retained as counsel for the estate, and not merely as counsel for the Debtor / debtor-in-possession.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 17, 2023, in San Jose, California.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

/s/ Nancy Weng
Nancy Weng, Esq.
Attorneys for Debtor (proposed)

DECLARATION OF NANCY WENG IN SUPPORT OF EX-PARTE APPLICATION TO EMPLOY GENERAL BANKRUPTCY COUNSEL -3- Case No. 23-50629 SLJ

Case: 23-50629    Doc# 19    Filed: 06/17/23    Entered: 06/17/23 14:47:29    Page 3 of 3