PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQ., #180030
DIANA TORRES-BRITO, ESQ. #163193
NOEMI PADILLA, ESQ. #343367
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Secured Creditor
ONSLOW BAY FINANCIAL LLC
MACF.146-013.NF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re                                    Bk. No. 23-50629

Lilly Hue Vu,                            Chapter 11

   Debtor.
_____/

### NOTICE OF APPEARANCE

ONSLOW BAY FINANCIAL LLC, its assignees and/or successors in interest, ("Secured Creditor") by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Secured Creditor. The undersigned hereby requests that any pleadings and documents with regard to the real property described as 3519 Slopeview Dr, San Jose, California 95148 (Loan No. XXXX6117), to which Secured Creditor is entitled, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: June 27, 2023                By */s/ Lee S. Raphael*
                                       Lee S. Raphael, Esquire #180030

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Yessenia Hernandez, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On June 27, 2023, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Lilly Hue Vu
3519 Slopeview Drive
San Jose, CA 95148
Debtor(s)

Arasto Farsad, Esquire
Farsad Law Office, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126
Attorney for Debtors

Phillip John Shine
280 South First St.
Suite 268
San Jose, CA 95113
Chapter 11 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2023, at Woodland Hills, California.

/s/Yessenia Hernandez