ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Telephone: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

In re:

LILLY HUE VU,

        Debtor.

Case No. 22-50629 SLJ
Chapter 11

**NOTICE OF WITHDRAWAL OF DOCUMENT**

**Chief Judge: Hon. Stephen L. Johnson**

**TO THE HONORABLE CHIEF JUDGE, STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

      **PLEASE TAKE NOTICE THAT** the Debtor / debtor-in-possession herein, LLLY HUE VU ("Debtor"), hereby withdraws AMENDED STATEMENT OF FINANCIAL AFFAIRS (Docket #25) filed on July 8, 2023 as it filed incorrectly.

Executed on **July 8, 2023,** in **San Jose**, California.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

*/s/ Nancy Weng*
Nancy Weng, Esq.
Attorneys for Debtor

1     WITHDRAWAL OF DOCUMENT
Case: 23-50629    Doc# 27    Filed: 07/08/23    Entered: 07/08/23 13:59:47    Page 1 of 2

CERTIFICATE OF SERVICE
**No Mail Service Required**