

1 ARASTO FARSAD (SBN: 273118)
2 NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
3 1625 The Alameda, Suite 525
San Jose, CA 95126
4 Tel: 408-641-9966
Fax: 408-866-7334
5 Email addresses:
nancy@farsadlaw.com;
6 farsadlaw1@gmail.com
7 Attorneys for the Debtor

The following constitutes the order of the Court.
Signed: February 13, 2024

Stephen Johnson

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

8

**UNITED STATES BANKRUPTCY COURT**
9 **NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN JOSE DIVISION**

11 In re:

12

13 LILLY HUE VU,

14

15 Debtor.

16

17

) Case No.: 23-50629 SLJ
) Chapter 11
)
)
) **ORDER GRANTING MOTION TO**
) **APPROVE STIPULATION FOR**
) **ADEQUATE PROTECTION RE: FIRST**
) **LIEN SECURED BY REAL PROPERTY**
)
) **Chief Judge: Hon. Stephen L. Johnson**
)
)
)

18

19       Pursuant to the Stipulation for Adequate Protection Re: First Lien Secured by Real

20 Property (the "Stipulation"), filed by the Debtor, LILLY HUE VU and Secured Creditor,

21 ONSLOW BAY FINANCIAL, LLC  c/o: Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB on

22 January 6, 2024, as docket number # 45, and good cause appearing, IT IS HEREBY ORDERED

23 that the terms and conditions set for in the Stipulation are hereby approved and made an order of

24 this Court.

25

26                                **END OF ORDER**

27

28

COURT SERVICE LIST
*** All CM/ECF Participants ***